EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2002

at____ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

DAE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br> YU YUN LEE,  )<br>  )<br>          Defendant.  )<br>_____) | CR. NO. CR02 00206<br><br>INDICTMENT<br><br>8 U.S.C. § 1324(a)(2)(B)(ii) |

INDICTMENT

The Grand Jury charges:

On or about November 7, 2001, in the District of Hawaii, YU YUN LEE, did knowingly and in reckless disregard of the fact that an alien, identified herein as "M.Q.C.", had not received prior official authorization to come to, enter, or reside in the United States, did bring said alien to the United States for the purpose of private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: _____5/22/02_____, 2002, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. YU YUN LEE
"Indictment"